# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1163. DONTAY GOVAN et al v. WINDER NURSING, INC. et al.**

Dontay Govan, individually and on behalf of the estate of Isanay Dunn, sued Winder Nursing Inc. d/b/a Winder Health Care and Rehab Center, Gary Westbury LLC, and others, in connection with Dunn's time as a resident at Winder. On August 31, 2023, the trial court dismissed the action for insufficient service. Govan then filed a motion for reconsideration. On December 7, 2023, the trial court issued an order denying the motion for reconsideration. On January 4, 2024, Govan filed a notice of appeal. We lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days of entry of an appealable order. OCGA § 5-6-38 (a). The denial of a motion for reconsideration is not appealable in its own right, see *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000), and the filing of such a motion does not extend the time for filing a notice of appeal. See *Cheeley-Towns v. Rapid Group*, 212 Ga. App. 183, 183 (1) (441 SE2d 452) (1994). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, Govan filed his notice of appeal 126 days after the trial court's order dismissing the action, and his subsequent request for reconsideration of that ruling did not extend the time for filing an appeal. Thus, this

appeal is untimely and is hereby DISMISSED.

The defendants' motion to remand the case to the trial court to allow the court to rule on their pending motion to dismiss the appeal is DENIED AS MOOT.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__04/22/2024_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.